**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DAVID PRESTON PARDUE
ADC #93335                                                                                                PETITIONER

VS.                                         5:05CV00131 WRW/JTR

LARRY NORRIS, Director,
Arkansas Department of Corrections;
UNITED STATES BUREAU OF PRISONS                                              RESPONDENTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 (docket entry #2) is DISMISSED, WITHOUT PREJUDICE.

Dated this 30th day of May, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE